UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STAN KOCH & SONS TRUCKING, INC. | § § § |
| vs. | §  CIVIL ACTION NO. 4:15-cv-2716 § |
| RED HAWK RE SPC IN RESPECT OF SEG PORTFOLIO HA 001 | § § § |

## PLAINTIFF STAN KOCH & SONS TRUCKING, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Stan Koch & Sons Trucking, Inc. ("Plaintiff"), and files this Notice of Dismissal without Prejudice, and respectfully shows the Court as follows:

1. Plaintiff has not asserted another federal or state court action asserting the same claim as asserted in this action.

2. The opposing party has not filed or served an answer or a motion for summary judgment.

3. Plaintiff intends to dismiss its claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

WHEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Stan Koch & Sons Trucking, Inc. hereby dismisses its claims without prejudice.

Respectfully submitted,

 _/s/ Greg K. Winslett_
GREG K. WINSLETT
State Bar No. 21781900
RICHARD L. SMITH, JR.
State Bar No. 18671200
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
gwinslett@qslwm.com
rsmith@qslwm.com

**ATTORNEYS FOR PLAINTIFF**

4829-1948-2412, v.  1